372 A.2d 435

Commonwealth ex rel. Wolf, Appellant, v. Wolf.

Argued December 11, 1975. David Gutin, with him Patrick W. Kittredge, for appellant; George W. Tracy, with him Tracy and McNamee, for appellee.

Order affirmed.

372 A.2d 436

Confer et al., Appellants, v. Macke of Lycoming, Inc. et al.

Argued December 10, 1976. Patrick J. O'Connor, with him E. Eugene Yaw, Carl E. Barlett, and John R. Bonner, for appellants; John C. Youngman, with him Candor, Youngman, Gibson & Gault, for appellees.

Order affirmed.